UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------X

GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY COMPANY,

                            Plaintiffs,

-against-

VALERIY SABODASH, M.D., ANETTA KALSIN, VALERIY KOTLYAR, CLOUD BILLING, INC., and JOHN DOE DEFENDANTS "1" – "10",

                            Defendants.

------------------------------------------------X

Docket No.: 1:20-cv-00258 (RRM)(PK)

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS VALERIY SABODASH, M.D., ANETTA KALSIN, AND CLOUD BILLING, INC.

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, the "Plaintiffs"), and Defendants, Valeriy Sabodash, M.D., Anetta Kalsin, and Cloud Billing, Inc. (collectively, "Certain Defendants"), that all claims in this action asserted by Plaintiffs against Certain Defendants are dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41.

Dated: August 31, 2020

RIVKIN RADLER LLP

By: _____
~~Michael Sirignano, Esq.~~ Sean Gorton, Esq. (SG)
926 RXR Plaza
Uniondale, New York 11556
*Attorneys for Plaintiffs*

GARY TSIRELMAN, P.C.

By: _____
Gary Tsirelman, Esq.
Nicholas Bowers, Esq.
129 Livingston Street, Second Floor
Brooklyn, New York 11201
*Counsel for Certain Defendants*